■ SALLY J. LIDDELL et al., Appellants, v SLOCUM-DICKSON MEDICAL GROUP, P. C., et al., Respondents. [710 NYS2d 278] —Order unanimously affirmed with costs. Memorandum: Plaintiffs commenced this action to recover damages for injuries allegedly sustained by Sally J. Liddell (plaintiff) as the result of a venipuncture performed by defendant Louanne Apel, a phlebotomist employed by defendant Slocum-Dickson Medical Group, P. C. (Slocum-Dickson). Supreme Court properly granted defendants' motion for partial summary judgment dismissing the fourth cause of action, alleging that Slocum-Dickson was negligent in hiring and supervising Apel. Because Apel was acting within the scope of her employment when plaintiff was injured, Slocum-Dickson is liable for any damages caused by Apel's alleged negligence under the doctrine of respondeat superior, and "no claim may proceed against the employer for negligent hiring" or supervision (*Karoon v New York City Tr. Auth.,* 241 AD2d 323, 324; *see, Eifert v Bush,* 27 AD2d 950, 951, *affd* 22 NY2d 681; *Weinberg v Guttman Breast & Diagnostic Inst.,* 254 AD2d 213). (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Hayes and Hurlbutt, JJ.